### 4912.  GLANTON *v.* CITY OF ROME.

RUSSELL, J.  The evidence disclosing that the plaintiff's injuries were the
result of pure casualty unmixed with negligence on the part of the
defendant, a nonsuit was properly granted.          *Judgment affirmed.*
                    DECIDED SEPTEMBER 17, 1913.

Action for damages; from city court of Floyd county—Judge
Reece. March 27, 1913.

*Harris & Harris,* for plaintiff.  *Max Meyerhardt,* for defendant.